**Curtis L. CORNELIUS, Appellant,**

**v.**

**STATE of Missouri, Respondent.**

**No. WD 75163.**

Missouri Court of Appeals,
Western District.

Dec. 3, 2013.

Susan L. Hogan, for Appellant.

Dora Fichter, for Respondent.

Before Division II: MARK D. PFEIFFER, Presiding Judge, JOSEPH M. ELLIS, Judge and VICTOR C. HOWARD, Judge.

***ORDER***

PER CURIAM:

Curtis Cornelius appeals the judgment of the trial court denying his Rule 29.15 motion for post-conviction relief. Cornelius sought to vacate his conviction for forcible rape, section 566.030, and sentence of twenty-five years imprisonment. He claims that he received ineffective assistance of counsel when counsel "opened the door" to testimony that Cornelius refused to consent to giving a buccal swab of his DNA to Detective Gary Snyder and that he only gave the sample after the detective told Cornelius he had a search warrant to obtain it. Because a published opinion would have no precedential value, a memorandum has been provided to the parties.

The judgment is affirmed. Rule 84.16(b).